Name: Robert Raya
Address: 7895 Rancho Fanita Dr., Unit F
Address: Santee, CA 92071
Phone: (510) 364-3431
Email: robertraya@gmail.com
Plaintiff: In Pro Se

FILED
Nov 19 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ MelissaE DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raya, Robert,<br>Plaintiff,<br>v.<br>Calbiotech<br>Defendant. | '18CV2643 WQHBGS<br>Case No.: [Case No.]<br>**ERISA Complaint** |

## Introduction

1. The plaintiff, Robert Raya, brings this civil action against the defendant, Calbiotech, under the Employee Retirement Income Security Act of 1974 (ERISA). The Calbiotech, Inc. 401(k) Profit Sharing Plan (the Plan) is a qualified plan, which is covered by ERISA. Plaintiff seeks to recover penalties imposed on Calbiotech under 29 U.S.C 1132(a)(1)(A) for failing or refusing to provide a Summary Plan Description within 30 days of a written request.

## Jurisdiction

2. Jurisdiction is conferred upon this court by 28 U.S.C. 1331 which gives federal district courts original jurisdiction over all civil actions arising under the laws of the United States. Federal question jurisdiction arises pursuant to 29 U.S.C. 1132(e) which gives district courts exclusive jurisdiction over civil actions brought under ERISA.

## Venue

3. Venue is proper pursuant to 29 U.S.C. 1132(e)(2) because the defendant is located and administers the plan in the county of San Diego, within this district and the plan administrator failed to provide required documents while in the county of San Diego and within this district.

## Parties

4. Robert Raya, the **Plaintiff,** is a former employee of Calbiotech and a beneficiary and participant in the Plan as defined by ERISA, 29 U.S.C. 1002(8) and 29 U.S.C. 1002(7). Mr. Raya resides in Santee, within California's southern district.

5. Calbiotech is the **Defendant** and is identified on plan documents as the **Plan Administrator** as defined by ERISA, 29 U.S.C. 1002(16)(A). Calbiotech is a California biotech company and is located at 1935 Cordell Ct.; El Cajon, CA 92020. Calbiotech was a private, for- profit company owned by Noori Barka until it was acquired by Erba Manheim in 2017.

## Facts

6. Mr. Raya was employed with Calbiotech for 8 ½ years beginning in June of 2008 and ending Dec 1st, 2016.

7. The Calbiotech, Inc. 401(k) Profit Sharing Plan went in to effect in 2008 and Mr. Raya enrolled in the plan in 2009.

8. Mr. Raya made 7 separate written requests for a copy of the plan description. Requests were made on July 26, 2016; Aug 8th, 2016; Nov. 30th, 2016; Dec. 7th, 2016; Dec. 13th, 2016; Feb. 6, 2018; and Feb 23rd, 2018.

9. Calbiotech failed or refused to provide a Summary Plan Description or a written plan description of any kind, as described in 29 U.S.C. 104(b)(4), until after the 7th request. Calbiotech provided the Calbiotech, Inc. Volume Submitter Profit Sharing/401(k) Plan Adoption Agreement on Feb. 26th, 2018. 580 days had passed since Mr. Raya wrote his initial written request on Jul 26th, 2016.

10. On Dec 14th, 2016, Calbiotech provided a false or fraudulent document titled Calbiotech, Inc. 401(k) Profit Sharing Plan Summary Plan Description. This misleading SPD was presented to Mr. Raya as a valid, up to date, official Summary Plan Description of the 401(k) plan Mr. Raya was currently participating in. It failed to correctly identify the plan as a Safe Harbor plan and it made no mention of the major identifying feature of the plan, which is a mandatory automatic employer match of elected deferrals, up to 4%. This inaccurate document failed to meet the requirements of 29 C.F.R. 2520.102-3 which describes information that must be included in a summary plan description.

11. Calbiotech's failure or refusal to provide a plan description prevented Mr. Raya from identifying hundreds of missed contributions to his 401(k) account as Calbiotech failed to make their mandatory contributions year after year.

12. Calbiotech provided a false or fraudulent SPD to Mr. Raya on Dec. 14th, 2017. The misrepresentations and omissions in this document directly caused Mr. Raya to allow a general waiver and release given to him by Calbiotech to be executed and

go in to effect on Dec. 15, 2016. The fraudulent SPD withheld and omitted any description of Calbiotech's true obligations and mandatory contributions required by the plan. If Calbiotech had provided a true and complete copy of the authentic SPD, Mr. Raya would have immediately become aware of Calbiotech's deception and years of missed payments owed to him. He would have never allowed the general waiver to go in to effect and he would have the chance to file a lawsuit to recover the substantial losses he suffered as a direct result of Calbiotech's deception and Mr. Raya's termination.

## Claims

**(Claim for penalty pursuant to 29 U.S.C. 1132(a)(1)(A) against the plan administrator, Calbiotech)**

13. Plaintiff realledges paragraphs 1 through 12.

14. 29 U.S.C. 1132(a)(1)(A) authorizes a plan participant or beneficiary to bring a civil action against a plan administrator who fails to provide required documents for more than 30 days after a written request.

15. 29 U.S.C. 1132(a)(1)(A), (ERISA 502(c)), provides that

   a. any administrator who fails or refuses to comply with a written request for any information which such administrator is required by this title to furnish to a participant or beneficiary (unless such failure of refusal results from matters reasonably beyond the control of the administrator) within 30 days of such request may in the courts discretion be held personally liable to such participant or beneficiary in the amount of up to $100 per day from the date of such failure or refusal, and the court may, in its discretion, order such other relief as it deems proper.

16. Pursuant to 29 C.F.R. 2575.502c-1, the maximum penalty is increased to $110 per day.

17. 29 U.S.C. 1024(b)(4) requires that a plan administrator furnish to a participant upon request instruments under which the plan is established or operated

18. Defendant failed or refused to provide any plan description to Mr. Raya from Jan. 26, 2016 through Dec. 14th, 2018, a total of 580 days.

## Request for Relief

**Wherefore the plaintiff requests that the court grant the following relief:**

19. For statutory penalties against Calbiotech in the amount of $110 per day awarded to Mr. Raya pursuant to 29 U.S.C. 1132(a)(1)(A)

20. For such other relief as the court deems proper

I declare under penalty of perjury that the foregoing is true and correct.

11/19/2018

Date

[signature]

Signature

Robert Raya

Printed Name